**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6898**

_____

MARVIN WALTER HASKINS,

Plaintiff - Appellant,

versus

J. FOX, Sergeant, employed at the Hampton
Roads Regional Jail; SERGEANT LATHAM,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-00-210-A)

_____

Submitted:  October 18, 2001      Decided:  October 25, 2001

_____

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Marvin Walter Haskins, Appellant Pro Se.  Samuel Lawrence Dumville,
Virginia Beach, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marvin Walter Haskins appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Haskins v. Fox</u>, No. CA-00-210-A (E.D. Va. filed May 14, 2001; entered May 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>